UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BRAINTREE LABORATORIES, INC.,

        Plaintiff,

  v.

TARO PHARMACEUTICALS USA, INC., et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 14-cv-08147 (AJN)

**CERTIFICATE OF SERVICE**

I hereby certify that on the second day of December, 2014, a copy of the Notice of Initial Pretrial Conference dated December 1, 2014 and a copy of the Court's Individual Rules were served on Samuel S. Park, counsel for defendants Taro Pharmaceuticals USA, Inc. and Taro Pharmaceutical Industries, Ltd., by overnight mail.

Dated: December 2, 2014

  /s/ Christopher R. Noyes
WILMER CUTLER PICKERING
HALE & DORR LLP
7 World Trade Center
New York, NY 10007
(212) 230-8800
Fax: (212) 230-8888
christopher.noyes@wilmerhale.com