# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| SUITE 718, CHINA WORLD OFFICE 1<br>1 JIANGUOMENWAI AVENUE<br>BEIJING 100004, CHINA | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071 |
| 100 NORTH TRYON STREET<br>CHARLOTTE, NORTH CAROLINA 28202 | +1 (212) 294-6700 | SUITE A350, 4 STASOVOY STREET<br>MOSCOW, 119071, RUSSIAN FEDERATION |
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601 | FACSIMILE +1 (212) 294-4700 | ONE RIVERFRONT PLAZA, SUITE 730<br>NEWARK, NEW JERSEY 07102 |
| GRAND-RUE 23<br>1204 GENEVA, SWITZERLAND | www.winston.com | 25 AVENUE MARCEAU, CS 31621<br>75773 PARIS CEDEX 16, FRANCE |
| 42ND FLOOR, BANK OF CHINA TOWER<br>1 GARDEN ROAD<br>CENTRAL, HONG KONG | | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111 |
| 1111 LOUISIANA, 25TH FLOOR<br>HOUSTON, TEXAS 77002 | | UNITS 3105-3106<br>SHANGHAI KERRY CENTRE<br>1515 NANJING ROAD WEST<br>JINGAN, SHANGHAI 200040, CHINA |
| CITYPOINT<br>ONE ROPEMAKER STREET<br>LONDON, EC2Y 9HU, UK | | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006 |

Luke A. Connelly
(212) 294-6882
LConnelly@winston.com

December 22, 2014

BY ECF

The Honorable Alison J. Nathan
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Braintree Labs., Inc. v. Taro Pharm. USA, Inc*, No. 14-cv-8147-AJN

Dear Judge Nathan:

We represent defendants Taro Pharmaceuticals USA, Inc. and Taro Pharmaceutical Industries, Ltd. ("Defendants").  Pursuant to Rule 1.D of Your Honor's Individual Rules of Practice in Civil Cases, we write to request an extension, on consent, of Defendants' time to answer, move or otherwise respond to the Complaint to January 12, 2015.  Defendants' response to the Complaint is currently due on December 23, 2014.  This is Defendants' first request for such an extension.  Plaintiff consents to this request.  Defendants have not yet appeared in this action, and therefore, they respectfully request an exception to the Court's 48 hour deadline for adjournment or extension requests.

Thank you in advance for the Court's attention to this matter.

Respectfully Submitted,

/s/ Luke A. Connelly

Luke A. Connelly

cc:     Plaintiff's Counsel (via ECF)