UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

| | |
|---|---|
| BRAINTREE LABORATORIES, INC. | : Civ. Action No.: 14-cv-8147 (AJN) |
| | : [rel. 12-cv-6851-AJN] |
| Plaintiff, | |
| | : ECF Case |
| v. | : |
| | **CORPORATE DISCLOSURE** |
| TARO PHARMACEUTICALS USA, INC., TARO PHARMACEUTICAL INDUSTRIES, LTD. | : **PURSUANT TO FED. R. CIV. P. 7.1** |
| | : |
| Defendants. | |
| | : |

------------------------------------- X

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Taro Pharmaceuticals U.S.A., Inc. and Taro Pharmaceutical Industries, Ltd. (collectively "Defendants") certify that Defendants are non-governmental corporate parties. Taro Pharmaceutical Industries Ltd. is the parent company of Taro Pharmaceuticals U.S.A., Inc. Sun Pharmaceutical Industries Ltd., a publicly traded company in India, and its affiliates (not publicly traded) own more than 10% of Taro Pharmaceuticals Industries Ltd.'s stock.

Dated: New York, New York
      January 5, 2014

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Luke A. Connelly
    Luke A. Connelly

200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
E-mail: lconnelly@winston.com

Samuel S. Park
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Fax: 312-558-5700
E-mail: spark@winston.com

*Attorneys for Defendants
Taro Pharmaceuticals USA, Inc. and
Taro Pharmaceutical Industries, Ltd.*