UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BRAINTREE LABORATORIES, INC.

               Plaintiff,

v.

TARO PHARMACEUTICALS USA, INC., TARO
PHARMACEUTICAL INDUSTRIES, LTD.

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:  Civ. Action No.: 14-cv-8147 (AJN)

:  [rel. 12-cv-6851-AJN]

:  ECF Case

:

:  **NOTICE OF APPEARANCE**

:

:

:

:

      PLEASE TAKE NOTICE that I, Samuel S. Park, hereby respectfully enter an appearance for Defendants in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

      I certify that I am admitted to practice in this Court.

Dated:  Chicago, Illinois
      January 5, 2015

**WINSTON & STRAWN LLP**

s/ Samuel S. Park
Samuel S. Park
spark@winston.com
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Fax: 312-558-5700

*Attorneys for Defendants*
*Taro Pharmaceuticals USA, Inc. and*
*Taro Pharmaceutical Industries, Ltd.*