UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------- x | ECF CASE | |
| BRAINTREE LABORATORIES, INC. : | | |
| Plaintiff, : | | |
| : | Civil Action No.: 14-cv-8147-AJN [rel. 12-cv-6851-AJN] | |
| v. | | |
| : | | |
| TARO PHARMACEUTICALS USA, INC., TARO PHARMACEUTICAL INDUSTRIES, LTD. | | |
| : | | |
| Defendants. | | |

### NOTICE OF PLAINTIFF BRAINTREE LABORATORIES, INC.'S AND DEFENDANTS TARO PHARMACEUTICAL USA, INC. AND TARO PHARMACEUTICAL INDUSTRIES, LTD.'S JOINT MOTION TO STAY

**PLEASE TAKE NOTICE** that Plaintiff Braintree Laboratories, Inc. ("Braintree") and Defendants Taro Pharmaceuticals USA, Inc. and Taro Pharmaceutical Industries, Ltd. (collectively, "Taro") hereby jointly move to stay this case pending the resolution of the remand proceedings in *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.*, No. 3:11-cv-01341 (D.N.J.).

**WHEREFORE**, Braintree and Taro respectfully request that the Court enter an order granting their joint motion, and granting the specific relief requested in their contemporaneously filed Memorandum of Law.

Dated:   New York, New York
         January 16, 2015

                              Respectfully submitted,

        FOR PLAINTIFF;

By:   /s/ Christopher R. Noyes
Christopher R. Noyes
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
christopher.noyes@wilmerhale.com

Anna E. Lumelsky
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State St.
Boston, MA 02109
Tel: (617) 526 6000
Fax: (617) 526 5000
Anna.lumelsky@wilmerhale.com

*Counsel for Plaintiff*
*Braintree Laboratories, Inc.*

FOR DEFENDANTS;

By:   /s/ Samuel S. Park
Samuel S. Park
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9730
Tel: (312) 558-7931
Fax: (312) 558-5700
spark@winston.com

Luke A. Connelly
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6882
Fax: (212) 294-4700
lconnelly@winston.com

*Counsel for Defendants,*
*Taro Pharmaceuticals USA, Inc.,*
*Taro Pharmaceutical Industries, Ltd.*