# WILMERHALE

February 13, 2015

**Christopher R. Noyes**

+1 212 295 6823 (t)
+1 212 230 8888 (f)
christopher.noyes@wilmerhale.com

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, New York 10007

Re: *Braintree Laboratories, Inc. v. Taro Pharmaceuticals USA, Inc.*, et al., Civil Action No. 14-cv-08147-AJN

Dear Judge Nathan:

This firm represents Plaintiff Braintree Laboratories, Inc. ("Braintree") in the above-referenced matter. I write on behalf of Braintree and Defendants Taro Pharmaceuticals USA, Inc. *et al.* (collectively, "Taro").

Pursuant to the Court's January 20, 2015 Order (Dkt. 16), the parties write to update the Court on the status of *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.*, Civil Action No. 3:11-cv-01341 ("the Novel case").

The Novel case is pending in the United States District Court for the District of New Jersey, following a remand from the United States Court of Appeals for the Federal Circuit for further factual findings relating to infringement of Braintree's patent. The remand trial took place from February 9 through 11, 2015. The District Court ordered the parties to submit proposed findings of fact and conclusions of law on February 25, 2015.

The parties continue to believe that the outcome of the Novel case may be relevant to this matter. As such, the parties jointly request that the administrative hold ordered by this Court on January 20, 2015 (Dkt. No. 16) remain in place at least until United States District Judge Peter G. Sheridan renders his decision on infringement in the Novel case.

The parties also respectfully propose that this Court order them to submit a joint status letter to this Court within 14 days of the issuance of that decision.

Respectfully submitted,

*/s/ Christopher R. Noyes*

Christopher R. Noyes

Cc: All counsel of record (via email)