# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
JUN - 1 2015
AT 8:30_____M
WILLIAM T. WALSH
CLERK

BRAINTREE LABORATORIES, INC.

Plaintiff

v.

NOVEL LABORATORIES, INC.,

Defendants

Case No. 3:11-cv-01341-PGS-LHG

FINAL ORDER OF JUDGMENT

The Court having held a bench trial on February 9, 10, and 11, 2015, on remand from the Federal Circuit Court of Appeals, as to U.S. Patent Number 6,946,149 (the "'149 Patent"), and the Court having heard the testimony of the witnesses, and considered the proposed findings of fact and conclusions of law submitted by the parties, and for the reasons set forth in the Memorandum Opinion of this Court of June 1, 2015, and for good cause shown,

IT IS, on this 1st day of June, 2015,

ORDERED AND ADJUDGED that:

1. SUPREP meets each and every limitation of claims 15 and 18 of the '149 Patent.

2. Novel Laboratories, Inc.'s "equivalent" of SUPREP will, if marketed and sold, infringe claims 15 and 18.

3. Novel Laboratories, Inc.'s "equivalent" of SUPREP will, if marketed and sold, will induce infringement of claims 19, 20, and 23 of the '149 Patent, which claim methods for using the compositions of claims 15 and 18 of the '149 Patent.

4. Novel Laboratories, Inc. is not entitled to an adverse inference against Braintree Laboratories, Inc., on the basis of failure to provide documents under Fed. R. Civ. P. 37.

Dated: June 1, 2015

PETER G. SHERIDAN, U.S.D.J.